August 22, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

FREDRICHEE DOUGLAS SMITH, Appellant

NO. 14-13-00712-CR                                V.
NO. 14-13-00713-CR
NO. 14-13-00714-CR
NO. 14-13-00715-CR

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the records of the court below. The records indicate that the appeals should be **DISMISSED**. The Court orders the appeals **DISMISSED** in accordance with its opinion and this decision be certified below for observance. Appellant, Gerald E. Bourque, is ordered to pay the costs of these appeals. (The underlying appeals of Fredrichee Douglas Smith remain pending.)